UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>Donald J Stifter<br>Maureen Stifter<br><br>Debtors | Case No. 16-13360 |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 216,022.00<br>*(Without deducting any secured claims)* | Assets Exempt: 3,550.00 |
| Total Distributions to Claimants: 3,202.75 | Claims Discharged<br>Without Payment: 308,201.91 |
| Total Expenses of Administration: 1,297.25 | |

3) Total gross receipts of $ 4,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 4,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 292,766.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,297.25 | 1,297.25 | 1,297.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 19,495.00 | 7,995.66 | 7,995.66 | 3,202.75 |
| **TOTAL DISBURSEMENTS** | $ 312,261.00 | $ 9,292.91 | $ 9,292.91 | $ 4,500.00 |

4)  This case was originally filed under chapter 7 on 04/19/2016 . The case was pending for 28 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/01/2018                    By:/s/Zane L. Zielinski, Trustee
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Lexus | 1229-000 | 2,500.00 |
| Boat | 1229-000 | 2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Firefighters C, 6230 S Central Ave Chicago, IL 60638 | | 115,818.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mtg, Written Correspondence Resolutions Mac#X2302-04e Po Box 10335 Des Moines, IA 50306 | | 176,948.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 292,766.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,125.00 | 1,125.00 | 1,125.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 172.25 | 172.25 | 172.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 1,297.25** | **$ 1,297.25** | **$ 1,297.25** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st Finl Invstmnt Fund, 3091 Governors Lake Dr Peachtree Corners, GA 30071 | | 300.00 | NA | NA | 0.00 |
| | 1st Finl Invstmnt Fund, 3091 Governors Lake Dr Peachtree Corners, GA 30071 | | 89.00 | NA | NA | 0.00 |
| | Carmax Auto Finance, Po Box 440609 Kennesaw, GA 30160 | | 6,185.00 | NA | NA | 0.00 |
| | Comenity Capital Bank/HSN, Po Box 182125 Columbus, OH 43218 | | 1,268.00 | NA | NA | 0.00 |
| | Commonwealth Financial Systems, 245 Main St Dickson City, PA 18519 | | 300.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Collection Se, 8231 185th St Ste 100 Tinley Park, IL 60487 | | 68.00 | NA | NA | 0.00 |
| | Illinois Collection Se, 8231 185th St Ste 100 Tinley Park, IL 60487 | | 127.00 | NA | NA | 0.00 |
| | Kohls/Capital One, Po Box 3120 Milwaukee, WI 53201 | | 0.00 | NA | NA | 0.00 |
| | Kohls/Capital One, Po Box 3120 Milwaukee, WI 53201 | | 570.00 | NA | NA | 0.00 |
| | Macys/DSNB, Attn: Bankruptcy Po Box 8053 Mason, OH 45040 | | 106.00 | NA | NA | 0.00 |
| | Merchants Credit, 223 W Jackson Blvd Ste 700 Chicago, IL 60606 | | 52.00 | NA | NA | 0.00 |
| | TSI, Po Box 15630 Wilmington, DE 19850 | | 124.00 | NA | NA | 0.00 |
| | Visa Dept Store National Bank, Attn: Bankruptcy Po Box 8053 Mason, OH 45040 | | 1,454.00 | NA | NA | 0.00 |
| 5 | Capital One, N.A. | 7100-000 | 576.00 | 570.65 | 570.65 | 228.58 |
| 3 | Keynote Consulting, Inc | 7100-000 | 349.00 | 348.90 | 348.90 | 139.76 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Lvnv Funding, Llc | 7100-000 | 337.00 | 916.10 | 916.10 | 366.95 |
| 2 | Lvnv Funding, Llc Its Successors And Assigns As | 7100-000 | 6,428.00 | 4,861.53 | 4,861.53 | 1,947.34 |
| 6 | Portfolio Recovery Associates, Llc | 7100-000 | 202.00 | 201.83 | 201.83 | 80.85 |
| 7 | Portfolio Recovery Associates, Llc | 7100-000 | 439.00 | 576.02 | 576.02 | 230.73 |
| 8 | Portfolio Recovery Associates, Llc | 7100-000 | 206.00 | 205.63 | 205.63 | 82.36 |
| 1 | Quantum3 Group Llc As Agent For | 7100-000 | 315.00 | 315.00 | 315.00 | 126.18 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 19,495.00 | $ 7,995.66 | $ 7,995.66 | $ 3,202.75 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 16-13360 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Donald J Stifter | | | | Date Filed (f) or Converted (c): | 04/19/2016 (f) |
| | Maureen Stifter | | | | 341(a) Meeting Date: | 05/16/2016 |
| For Period Ending: | 08/01/2018 | | | | Claims Bar Date: | 06/12/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 5743 S. Melvina Chicago Il 60638-0000 Cook | 195,000.00 | 0.00 | | 0.00 | FA |
| 2. 2000 Chevrolet Blazer | 3,000.00 | 0.00 | | 0.00 | FA |
| 3. Used Bedroom,Living Room And Kitchen Furniture | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Two Used Televisions | 300.00 | 0.00 | | 0.00 | FA |
| 5. Used Men's Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 6. Used Women's Clothing | 350.00 | 0.00 | | 0.00 | FA |
| 7. Used Wedding Ring | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Cash | 200.00 | 0.00 | | 0.00 | FA |
| 9. Checking Account At Tcf Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Co-Debtor Checking Account Attcf | 200.00 | 0.00 | | 0.00 | FA |
| 11. Fireman's Pension- Defined Benefit Plan | Unknown | 0.00 | | 0.00 | FA |
| 12. Qualified Deferred Compensation Plan With Nationwise Retirem | 16,822.00 | 0.00 | | 0.00 | FA |
| 13. 2005 Lexus (u) | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 14. Boat (u) | 0.00 | 4,000.00 | | 2,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | | $219,572.00 | $6,500.00 | $4,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Debtor is in the process of liquidating undisclosed assets, a car and a boat.

| | | | |
|---|---|---|---|
| RE PROP # | 13 | -- | This Items was not disclosed on the schedules. |
| RE PROP # | 14 | -- | This item was not disclosed on the Debtors' schedules. |

Exhibit 8

Initial Projected Date of Final Report (TFR): 03/31/2017    Current Projected Date of Final Report (TFR): 03/31/2018

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-13360 | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- |
| Case Name: | Donald J Stifter | Bank Name: | Associated Bank |
| | Maureen Stifter | Account Number/CD#: | XXXXXX2476 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7408 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/01/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/22/18 | | donald stifter<br>4374 Wilmington | Settlement Funds | | $4,500.00 | | $4,500.00 |
| | | | Gross Receipts  $4,500.00 | | | | |
| | 13 | | 2005 Lexus  $2,500.00 | 1229-000 | | | |
| | 14 | | Boat  $2,000.00 | 1229-000 | | | |
| 06/08/18 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,297.25 | $3,202.75 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.  ($1,125.00) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.  ($172.25) | 2200-000 | | | |
| 06/08/18 | 5002 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 1 representing a payment of 40.06 % per court order. | 7100-000 | | $126.18 | $3,076.57 |
| 06/08/18 | 5003 | Lvnv Funding, Llc Its Successors And Assigns As<br>Assignee Of Citibank Usa, N. A.<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Final distribution to claim 2 representing a payment of 40.06 % per court order. | 7100-000 | | $1,947.34 | $1,129.23 |
| 06/08/18 | 5004 | Keynote Consulting, Inc<br>220 West Campus Drive<br>Suite 102<br>Arlington Heights, Il 60004 | Final distribution to claim 3 representing a payment of 40.06 % per court order. | 7100-000 | | $139.76 | $989.47 |
| 06/08/18 | 5005 | Lvnv Funding, Llc<br>Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Final distribution to claim 4 representing a payment of 40.06 % per court order. | 7100-000 | | $366.95 | $622.52 |

Page Subtotals:  $4,500.00  $3,877.48

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 16-13360 | Trustee Name: Zane L. Zielinski, Trustee | |
| Case Name: Donald J Stifter | Bank Name: Associated Bank | |
| Maureen Stifter | Account Number/CD#: XXXXXX2476 | |
| | Checking | |
| Taxpayer ID No: XX-XXX7408 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 08/01/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/08/18 | 5006 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 5 representing a payment of 40.06 % per court order. | 7100-000 | | $228.58 | $393.94 |
| 06/08/18 | 5007 | Portfolio Recovery Associates, Llc Successor To Capital One Bank (Usa),N.A.<br>Pob 41067<br>Norfolk, Va 23541 | Distribution | | | $311.58 | $82.36 |
| | | Portfolio Recovery Associates, Llc | Final distribution to claim 6 representing a payment of 40.06 % per court order. ($80.85) | 7100-000 | | | |
| | | Portfolio Recovery Associates, Llc | Final distribution to claim 7 representing a payment of 40.06 % per court order. ($230.73) | 7100-000 | | | |
| 06/08/18 | 5008 | Portfolio Recovery Associates, Llc Successor To Ge Capital Retail Bank (Wal-Mart)<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 8 representing a payment of 40.06 % per court order. | 7100-000 | | $82.36 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $4,500.00 | $4,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,500.00 | $4,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,500.00 | $4,500.00 |

Page Subtotals: $0.00   $622.52

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2476 - Checking | $4,500.00 | $4,500.00 | $0.00 |
|  | $4,500.00 | $4,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| **Total Net Deposits:** | $4,500.00 |
| Total Gross Receipts: | $4,500.00 |

Page Subtotals:  $0.00  $0.00